# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

ETHAN DARNELL, *on behalf of himself and all others similarly situated*,

    Plaintiff,

v.

WYNDHAM CAPITAL MORTGAGE, INC.,

    Defendant.

**CASE NO. 3:20-cv-00690-FDW-DSC**

## DEFENDANT WYNDHAM CAPITAL MORTGAGE, INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)

Defendant Wyndham Capital Mortgage, Inc. ("Wyndham") moves this Court to dismiss Plaintiff Ethan Darnell's ("Plaintiff") Class Action Complaint, ECF No. 1 ("Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

First, the Court lacks subject matter jurisdiction because Plaintiff fails to allege an injury-in-fact sufficient to confer Article III standing. Second, Plaintiff fails to allege a single plausible claim for relief:

1. Plaintiff's negligence claim fails because the common law duties that he seeks to impose do not exist, and he does not allege cognizable damages;

2. Plaintiff's claim for violation of Florida's Deceptive and Unfair Trade Practices Act fails because he does not allege any deceptive or unfair practice, or any direct damages;

3. Plaintiff's breach of implied contract claim fails because he does not plead the requisite meeting of the minds on the security standards he seeks to unilaterally impose on Wyndham;

4. Plaintiff's unjust enrichment claim fails because he got exactly what he paid for—two home mortgage loans;

5. Plaintiff's breach of confidence claim fails because there is no confidential relationship, and no court applying applicable law has ever recognized this claim in the data breach context; and

6. Plaintiff's declaratory judgment claim fails because a declaratory judgment is a remedy, not a cause of action.

For these reasons, which are set forth more fully in Defendant's accompanying Memorandum of Law in Support, the Court should dismiss the Complaint with prejudice.

Respectfully submitted January 25, 2021.

**s/ *Ross R. Barton*** 
Ross R. Barton, Bar Number: 37179
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1287
Fax: (704) 444-1111
Email: ross.barton@alston.com

Kristine M. Brown (admitted Pro Hac Vice)
Donald M. Houser (admitted Pro Hac Vice)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Fax: (404) 253-8419
Email: kristy.brown@alston.com
Email: donald.houser@alston.com

*Attorneys for Defendant Wyndham Capital Mortgage, Inc.*

# CERTIFICATE OF SERVICE

I certify that on January 25, 2021, I electronically filed this Motion with the Clerk of Court using the CM/ECF system, which will send notification to the following people:

M. Anderson Berry
Arnold Law Firm
865 Howe Avenue
Sacramento, CA 95825
916-777-7777
Fax: 916-924-1829
Email: aberry@justice4you.com

Jean S. Martin
Morgan & Morgan Complex Litigation Group
201 N. Franklin St., 7th Floor
Tampa, FL 33602
813-559-4908
Email: jeanmartin@forthepeople.com

                                                **s/ *Ross R. Barton***
Ross R. Barton, Bar Number: 37179
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1287
Fax: (704) 444-1111
Email: ross.barton@alston.com